1  STEVEN N. WILLIAMS (SBN 175489)
   swilliams@cpmlegal.com
2  **COTCHETT, PITRE & McCARTHY, LLP**
   840 Malcolm Road, Suite 200
3  Burlingame, CA 94010
   Telephone:    (650) 697-6000
4  Facsimile:    (650) 697-0577

5  WILLIAM F. MURPHY (State Bar No. 82482)
   **DILLINGHAM & MURPHY, LLP**
6  225 Bush Street, 6th Floor
   San Francisco, California 94104-4207
7  Telephone:  (415) 397-2700
   Facsimile:   (415) 397-3300
8
   *Attorneys for Plaintiff*
9  *San Francisco Comprehensive Tours, LLC*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SAN FRANCISCO COMPREHENSIVE TOURS, LLC dba SAN FRANCISCO SHUTTLE TOURS and WINE COUNTRY TOUR SHUTTLE, on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> GROUPON, INCORPORATED AND DOES 1-20, INCLUSIVE, <br><br> Defendants. | CASE NO. CV 11-1300 <br><br> **STIPULATION FOR AN ORDER PERMITTING WITHDRAWAL OF COUNSEL FOR PLAINTIFF** <br><br> **Local Rule 11-5(a)** |

1    Plaintiff SAN FRANCISCO COMPREHENSIVE TOURS, LLC dba SAN FRANCISCO
2    SHUTTLE TOURS and WINE COUNTRY TOUR SHUTTLE ("San Francisco Comprehensive
3    Tours") and defendant GROUPON, INCORPORATED ("Groupon"), through their counsel of
4    record, stipulate that the Court may enter an Order permitting Dillingham & Murphy, LLP,
5    William F. Murphy and Angel R. Sevilla, to withdraw as counsel of record for plaintiff San
6    Francisco Comprehensive Tours in this action. The law firm of Cotchett, Pitre & McCarthy, LLP
7    will remain counsel of record for Plaintiff.

9    Dated: June 24, 2011          Respectfully submitted,

10                                 **COTCHETT, PITRE & McCARTHY, LLP**

12                                 By:   */s/ Steven N. Williams*
                                         STEVEN N. WILLIAMS

13   Dated: June 24, 2011.         **DILLINGHAM & MURPHY, LLP**

15                                 By:   */s/ William F. Murphy*
                                         WILLIAM F. MURPHY
                                         ANGEL R. SEVILLA

17                                 *Attorneys for Plaintiff*
                                   SAN FRANCISCO COMPREHENSIVE TOURS

19   Dated: June 24, 2011.         **FENWICK & WEST LLP**

21                                 By:   */s/ Laurence F. Pulgram*
                                         LAURENCE F. PULGRAM
22                                       JEBEDIAH WAKEFIELD
                                         CLIFFORD C. WEBB

23                                 *Attorneys for Defendant* GROUPON, INC.

28   / / /

**ORDER**

Based on the foregoing stipulation, the Court hereby ORDERS that Dillingham & Murphy, LLP, William F. Murphy, and Angel R. Sevilla have withdrawn as counsel for Plaintiff in this action.

Dated: 7/5/11



_____
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Phyllis J. Hamilton