UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO COMPREHENSIVE TOURS, LLC, et al.,

    Plaintiffs,

    v.

GROUPON, INC.,

    Defendant.
_____/

No. C 11-01300 PJH

**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO DISMISS OR STRIKE FIRST AMENDED COMPLAINT**

On August 24, 2011, the court heard the motion of defendant Groupon, Inc. to dismiss or strike the First Amended Complaint of plaintiff San Francisco Comprehensive Tours, LLC pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(f). The parties appeared through counsel. For the reasons stated by the court at the hearing, IT IS HEREBY ORDERED that defendant's motion is granted in part and denied in part. Doc. no. 18. The motion to dismiss the first, second and third causes of action is GRANTED to the extent that these causes of action are based on a theory that the purchase of AdWords alone is actionable. The motion to dismiss the fourth cause of action for intentional interference with prospective economic advantage is GRANTED, however leave to amend to assert a claim for negligent interference with economic advantage is permitted. The motion to strike the class allegations is DENIED. The motion to dismiss the claim for relief in the form of non-restitutionary disgorgement is GRANTED with prejudice.

IT IS FURTHER ORDERED that plaintiff's motion to strike the Webb Declaration is DENIED as moot on the ground that the court declines to take judicial notice of the materials contained therein. Doc. no. 24.

The amended complaint shall be filed by September 14, 2011.

**IT IS SO ORDERED.**

Dated: August 24, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge