1  LAURENCE F. PULGRAM (CSB No. 115163)
   lpulgram@fenwick.com
2  JEDEDIAH WAKEFIELD (CSB No. 178058)
   jwakefield@fenwick.com
3  CLIFFORD C. WEBB (CSB No. 260885)
   cwebb@fenwick.com
4  FENWICK & WEST LLP
   555 California Street, 12th Floor
5  San Francisco, CA  94104
   Telephone:    415.875.2300
6  Facsimile:    415.281.1350

7  Attorneys for Defendant
   GROUPON, INC.

8
   STEVEN N. WILLIAMS (CSB No. 175489)
9  swilliams@cpmlegal.com
   NIKI B. OKCU (CSB No. 229345)
10 nokcu@cpmlegal.com
   COTCHETT, PITRE & McCARTHY, LLP
11 San Francisco Airport Office Center
   840 Malcolm Road, Suite 200
12 Burlingame, CA 94010
   Telephone:    650.697.6000
13 Facsimile:    650.697.0577

14 Attorneys for Plaintiff
   SAN FRANCISCO COMPREHENSIVE TOURS,
15 LLC

16                     UNITED STATES DISTRICT COURT

17                    NORTHERN DISTRICT OF CALIFORNIA

18                              OAKLAND DIVISION

19

| | |
|---|---|
| SAN FRANCISCO COMPREHENSIVE TOURS, LLC dba SAN FRANCISCO SHUTTLE TOURS and WINE COUNTRY TOUR SHUTTLE, on behalf of itself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GROUPON, INCORPORATED and DOES 1-20, inclusive,<br><br>Defendants. | Case No.: CV 11-01300-PJH<br><br>**JOINT STIPULATION OF DISMISSAL** |

JOINT STIPULATION OF DISMISSAL                                    Case No.: CV 11-01300-PJH

Plaintiff San Francisco Comprehensive Tours, LLC ("Plaintiff") and Defendants Groupon, Inc. ("Groupon") by and through their attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own attorneys' fees, expenses, and costs.

Dated:   December 21, 2011        FENWICK & WEST LLP

By: */s/ Laurence F. Pulgram*
    Laurence F. Pulgram
    Attorneys for Defendant
    GROUPON, INC.

Dated:   December 21, 2011        COTCHETT, PITRE & McCARTHY, LLP

By: */s/ Steven N. Williams*
    Steven N. Williams
    Attorneys for Plaintiff
    SAN FRANCISCO COMPREHENSIVE
    TOURS, LLC

### ATTORNEY ATTESTATION

Pursuant to General Order 45, I, Laurence F. Pulgram, hereby attest that concurrence in the filing of this document has been obtained from the above listed counsel and individual.

Dated:   December 21, 2011

By:   */s/ Laurence F. Pulgram*
         Laurence F. Pulgram